In the Matter of the Application of GULLABI GULBENKIAN & Co., Respondent, to Confirm the Award Made in the Arbitration between GULLABI GULBENKIAN & Co. and GARO KESHISHIAN & Co., INC., Appellant, under an agreement to submit to arbitration dated July 27, 1927.— Judgment and order affirmed, with

costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.